# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EDWARD GEORGE CARTER

    Plaintiff,

v.

CITY OF DETROIT, et. al.,

                                   Case No. 11-15322-DT

    Defendant.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment" dated January 27, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant City of Detroit and Defendant Officers Susan Siemaszko, William Vitorakos, Steven Dest, Russel Morgan, and Donna Lally, and against Plaintiff Edward George Carter. Dated at Detroit, Michigan, this 27th day of January, 2016.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                               BY:  s/Lisa Wagner_____
                                    Lisa Wagner, Deputy Clerk
                                    and Case Manager to
                                    Judge Robert H. Cleland